# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

RAYFORD HOWARD,

    Plaintiff,

v.                                     1:12-cv-4346-WSD

AT&T,

    Defendant.

## ORDER

On March 19, 2013, the Court dismissed Plaintiff's claim under Title VII and allowed Plaintiff, on or before April 22, 2013, to amend his complaint as described in the Order [4]. The Court admonished Plaintiff that if he did not file an amended complaint on or before April 22, 2013, Plaintiff's action would be dismissed. As of the date of this Order, Plaintiff has not filed an amended complaint or moved for additional time to do so.

Accordingly,

**IT IS HEREBY ORDERED** that this action be **DISMISSED**.

**SO ORDERED** this 24th day of April, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE